AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Rudolph V. Hardin
Plaintiff

V.

Warden Thomas Carroll
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06-220

I, Rudolph V. Hardin, declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
APR - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes  ☐ No  (If "No" go to Question 2)

    If "YES" state the place of your incarceration  Delaware Correctional Center

    **Inmate Identification Number (Required):** 180391

    Are you employed at the institution? **NO**  Do you receive any payment from the institution? **NO**

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?  ☐ Yes  ☑ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☑ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
    | e. | Gifts or inheritances | ☑ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☐ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 1/05)

(a). Worked at prison infirmary for approximately one month received, 14.40 – will not continue to receive payment no longer employed.

(e). My sister sent money orders on 3-28-05 received 80.00 – on 5-4-05 received 50.00 – on 6-3-05 received 80.00 – on 6-21-05 received 100.00 on 7-26-05 received 100.00 – on 8-30-05 received 50.00 – on 9-21-05 received 50.00 has not heard from her since do not expect anymore money

4. Do you have any cash or checking or savings accounts?  ·· Yes  ·✓No

  If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
  ·· Yes  ✓· No

  If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

  None

  I declare under penalty of perjury that the above information is true and correct.

  March 29, 2006                    Rixty V. Hand
  _____                  _____
  DATE                              SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

6 - 220

TO:      Rudolph Harden   SBI#: 180391

FROM:    Stacy Shane, Support Services Secretary

RE:      **6 Months Account Statement**

DATE:    March 23, 2006

FILED
APR - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Attached are copies of your inmate account statement for the months of* September 1, 2005 *to* February 28, 2006

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | $4.56 |
| Oct | .02 |
| Nov | .64 |
| Dec | .01 |
| Jan | 0 |
| Feb | 0 |

Average daily balances/6 months: 4.18

Attachments
CC:  File

Stacy Shane
3/23/06

My Commission expires
6-17-06

**Individual Statement**

Date Printed: 3/22/2006                                                                          Page 1 of 1

**For Month of September 2005**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.07 |
|---|---|---|---|---|---|---|
| 00180391 | Hardin | Rudolph | | | | |
| Current Location: | D/E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 9/7/2005 | ($36.36) | $0.00 | $0.00 | $13.71 | 154450 | | | |
| Misc Wage 109 | 9/7/2005 | $2.00 | $0.00 | $0.00 | $15.71 | 154649 | | JULY 4TH 8/31/05 | |
| Medical | 9/9/2005 | $0.00 | ($4.00) | $0.00 | $15.71 | 155549 | | 8/31/05 | |
| Medical | 9/9/2005 | ($4.00) | $0.00 | $0.00 | $11.71 | 155603 | | | |
| Canteen | 9/14/2005 | ($9.26) | $0.00 | $0.00 | $2.45 | 157432 | | | |
| Mail | 9/21/2005 | $50.00 | $0.00 | $0.00 | $52.45 | 160260 | 4743687193 | | J JOHNSOPN |
| Canteen | 9/21/2005 | ($2.41) | $0.00 | $0.00 | $50.04 | 160435 | | | |
| Pay-To | 9/26/2005 | ($10.50) | $0.00 | $0.00 | $39.54 | 161764 | | MASJID MUHAMMAD | |
| Canteen | 9/28/2005 | ($39.52) | $0.00 | $0.00 | $0.02 | 162811 | | | |

Ending Mth Balance: $0.02

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($24.49)

# Individual Statement - No Transactions This Month

Date Printed: 3/22/2006                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00180391 | Hardin | Rudolph | | | |
| Current Location: | D/E | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Total Amount Currently on Medical Hold: | | ($12.00) | | | | |
| Total Amount Currently on Non-Medical Hold: | | ($24.49) | | | | |

## Individual Statement

### For Month of November 2005

Date Printed: 3/22/2006                                                                                         Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00180391 | Hardin | Rudolph | | | | |
| Current Location: | D/E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 11/1/2005 | $14.40 | $0.00 | $0.00 | $14.42 | 177116 | | INF 9/24-10/23 | |
| Canteen | 11/2/2005 | ($13.76) | $0.00 | $0.00 | $0.66 | 178816 | | | |
| Canteen | 11/9/2005 | ($0.65) | $0.00 | $0.00 | $0.01 | 181647 | | | |

Ending Mth Balance: $0.01

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($24.49)

## Individual Statement - No Transactions This Month

Date Printed: 3/22/2006                                                                 Page 1 of 1

### For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00180391 | Hardin | Rudolph | | | |
| Current Location: | D/E | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Total Amount Currently on Medical Hold: | | ($12.00) | | | | |
| Total Amount Currently on Non-Medical Hold: | | ($24.49) | | | | |

# Individual Statement

Date Printed: 3/22/2006

## For Month of January 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.01 |
|---|---|---|---|---|---|---|
| 00180391 | Hardin | Rudolph | | | | |
| Current Location: | D/E | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/13/2006 | $0.00 | $0.00 | ($6.80) | $0.01 | 207941 | | 1/5/06 | |
| Supplies-MailP | 1/13/2006 | $0.00 | $0.00 | ($6.80) | $0.01 | 207942 | | 1/5/06 | |
| Supplies-MailP | 1/13/2006 | ($0.01) | $0.00 | ($5.30) | $0.01 | 207943 | | 1/5/06 | |
| Supplies-MailP | 1/13/2006 | $0.00 | $0.00 | ($6.79) | $0.00 | 208814 | | 1/5/06 | |
| Medical | 1/20/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | 211749 | | 12/21/05 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($24.49)

# Individual Statement

## For Month of February 2006

Date Printed: 3/22/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|
| 00180391 | Hardin | Rudolph | | | | | |
| Current Location: | D/E | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 2/10/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | 221924 | | 1/25/06 | |
| Medical | 2/10/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | 222012 | | 2/8/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($5.60) | $0.00 | 224075 | | 1/30/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($24.49)