Case #1:06-cv-220 (JJF)

Judge Joseph J. Farnan, Jr.

Sir, I am writing a brief letter for clarification as to procedure in the U.S. District Court in regards to memorandums or briefs in support of petitions under 28 USC § 2254 for Writ of Habeas Corpus.

I plan on if permitted by the Court to send in a memorandum in support of my petition under 28 USC § 2254 for Writ Of Habeas Corpus at a later date, how long will I have and if extentions are permitted? Will I be sent a Scheduling calender or some type of "Notice" informing me of these events and or the U.S. District Courts procedure.

April 24, 2006
Date.

FILED
APR 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Rudy V. Hardin
Rudolph V. Hardin
S.B.I # 180,391
Delaware Correc. Center
1181 Paddock Rd.
Smyrna, De. 19977

I/M Rudolph Hendis
SBI# 180391  UNIT SE
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
24 APR 2006 PM 3 L

U.S. District Court
Office of The Clerk
844 N. King St. Locker Box 18
Wilmington, DE
19801