IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RUDOLPH V. HARDIN,              )
                                )
           Petitioner,          )
                                )
v.                              )   Civil Action No. 06-220-JJF
                                )
THOMAS C. CARROLL,              )
Warden, and CARL C.             )
DANBERG, Attorney               )
General of the State            )
of Delaware,                    )
                                )
           Respondents.         )



**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254
              petition as currently pending. I realize
              that the law does not allow me to file
              successive or later petitions unless I
              receive certification to do so from the
              United States Court of Appeals for the
              Third Circuit; therefore, this petition
              will be my one opportunity to seek federal
              habeas corpus relief.

2. __X__     I wish to amend my § 2254 petition to
              include all the grounds I have. I will
              do so within thirty (30) days. I realize
              that the law does not allow me to file
              successive or later petitions unless I
              receive certification to do so from the
              United States Court of Appeals for the
              Third Circuit; therefore, this amended
              all-inclusive petition will be my one
              opportunity to seek federal habeas corpus
              relief.

3. _____    I wish to withdraw my § 2254 petition
              without prejudice to file one all-inclusive
              petition in the future; that is, one

                    that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_/s/ Rudy V. Hardi_____
Petitioner



WILMINGTON DE 197

Office Of the Clerk
United States District Court
844 N. King Street Lockerbox 18
Wilmington De.
19801-3520

I/M Rudolph V. Hardin
SBI# 180391  UNIT S E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977