# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Rudolph V. Hardin
    petitioner,

V.

Thomas C. Carroll, Warden
and Carl C. Danberg,
Attorney General OF The State OF
Delaware,    Respondents

CASE # 1:06-CV-220 (JJF)



FILED
JUN -8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Notice OF Clarification

Honorable Sir, petitioner Hardin first sent in a request for clarification on **April 24, 2006** which was never answered. This is my second request for clarification as to procedure in the U.S. District Court in regards to memorandums or briefs in support of petitions under 28 U.S.C. § for Writ OF Habeas Corpus.

Petitioner has timely completed and returned his election form by the appointed date June 8, 2006 with the Court but may have misconstrued his election form when checking the second box or paragraph, to amend.

Petitioner Hardin does not wish to change or add to his claims/merits of his petition, however, petitioner wishes to file a memorandum or brief in support of his petition under 28 U.S.C § 2254 for Writ OF Habeas Corpus.

Petitioner plans on if permitted by the District Court to send in a memorandum at a later date if permitted, petitioner would like to know how long would he be given to send in the memorandum? If extentions are permitted? Will petitioner be sent a scheduling calender or some type of "Notice" informing him of these events and or the U.S. District Court's procedure.

June 6, 2006
Date

Rudy V. Hardin
Rudolph V. Hardin
S.B.I 180391
1181 Paddock Rd./D.C.C.
Smyrna, De. 19977

## Certificate of Service

I, Rudolph V. Hardin, hereby certify that I have served a true And correct cop(ies) of the attached: Notice OF Clarification _____ upon the following parties/person (s):

TO: OFFICE OF The Clerk
United States District Court
844 N. King Street, lockerbox 18
Wilmington, De.,
19801

TO: Carl C. Danberg
Attorney General's OFFice
820 N. French Street / 8th Floor
Wilmington, De.
19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this  6  day of  June  , 200 6

I/M Rudolph Hardin
SBI# 180391   UNIT DE
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 JUN 2006 PM 1 L

Office of the Clerk
United States District Court
844 N. King St., locker box 18
Wilmington, Delaware
19801