OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 3, 2006

TO:  Rudolph V. Hardin
     SBI# 180391
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     **RE:**  Notice of Clarification of procedure regarding memorandums or briefs in support.

Dear Mr. Hardin:

   The above referenced letter has been received by this office requesting assistance regarding obtaining legal materials.  Be advised that this office is unable to render legal advice and therefore we are unable to assist you.  This restriction entails providing interpretation of legal concepts in actions filed with the court. Please refer to D.I. #7 which you signed on June 5th, 2006.

                              Sincerely,

/rpg                          PETER T. DALLEO
                              CLERK

cc: The Honorable Joseph J. Farnan Jr.;
    Alpha
    Civ. No. 06-220 JJF

Case 1:06-cv-00220-JJF    Document 9    Filed 07/03/2006    Page 2 of 2