To: Office of the Clerk
    United States District Court
    844 N. King Street, Lockbox 18    Case# 1:06-cv-220(JJF)
    Wilmington, Delaware 19801-3570

From: Rudolph V. Hardin
     SBI# 180391
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, Delaware 19977

Dated: July 20, 2006

RE: Docket Sheet
_____

TO WHOM IT MAY CONCERN,

This is to request an up-to-date docket sheet in the above reference case No. 1:06-cv-220(JJF).

                                         Thank you Sincerely,

                                         Rudolph V. Hardin



WILMINGTON DE 197
21 JUL 2006 PM 1 L

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King St., lockbox 18
Wilmington, Delaware
19801-3570

I/M Rodolph Hardin
SBI# 180391  UNIT D-E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977