D.I. # _____

# CIVIL ACTION
# NUMBER: 06 cv 220 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SMYRNA, DE 19977

| | | |
|---|---|---|
| Postage | $ | 207  $2.07 |
| Certified Fee | | 240  $2.40 |
| Return Reciept Fee (Endorsement Required) | | 185  $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | 6.32   08/24/2006 |

Sent To: WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; or PO Box No.: 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, June 2002       See Reverse for Instructions

7003 1680 0002 2585 9578