D.I. #_____

# CIVIL ACTION
# NUMBER: 06cv220 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WILMINGTON, DE 19801

| | | |
|---|---|---|
| Postage | $ 207 | $2.07 |
| Certified Fee | 240 | $2.40 |
| Return Reciept Fee (Endorsement Required) | 185 | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ 6.32 | 08/24/2006 |

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, June 2002     See Reverse for Instructions

7003 1680 0002 2585 9567