United States District Court

For the District of Delaware

# Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-220 JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

