IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUDOLPH V. HARDIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-220-JJF |
| | ) | |
| THOMAS CARROLL, Warden and CARL C. DANBERG, Attorney General for the State of Delaware | ) ) ) ) | |
| Respondents. | ) | |

**ORDER**

This 13 day of October, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before October 20, 2006.

_____
United States District Judge