IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RUDOLPH V. HARDIN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-220-JJF |
| ) | |
| **THOMAS CARROLL**, Warden ) | |
| and **CARL C. DANBERG**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFIED STATE COURT RECORDS**

1.   The petitioner, Rudolph V. Hardin, has applied for federal habeas relief, alleging a variety of errors in his 2003 conviction. D.I. 2. The undersigned filed an answer to the petition on October 20, 2006.

2.   By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.   Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before November 20, 2006.

   4. Respondents submit that an extension of time to November 20, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                  /s/ James T. Wakley
                  Deputy Attorney General
                  Department of Justice
                  820 N. French Street
                  Wilmington, DE 19801
                  (302) 577-8500
                  Del. Bar. ID No. 4612

DATE: October 20, 2006

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ James T. Wakley
Deputy Attorney General


Counsel for Respondents

Date: October 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on October 20, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Rudolph V. Hardin
SBI No. 00180391
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  October 20, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RUDOLPH V. HARDIN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-220-JJF |
| ) | |
| **THOMAS CARROLL**, Warden ) | |
| and **CARL C. DANBERG**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

## ORDER

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before November 20, 2006.

_____
United States District Judge