IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUDOLPH V. HARDIN,<br>    Petitioner, | CIV. ACT. NO.06-220-JJF |
| V. | |
| THOMAS CARROLL, Warden<br><br>  CARL C. DANBERG, Attorney<br>General for the State of Delaware | |

FILED
2006 NOV -2 PM 3:55
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Petitioner moves for an eztension of time in which to file a reply to the Respondents answer to the petition. In support thereof, Petitioner states the following:

1. The Petitioner, Rudolph V. Hardin, has applied for Federal relief the reply is due to be filed on November 10,2006.

2. Petitioner states that D.C.C. Inmates do not have full access to the Law Library, due to the prisons population Inmates are granted access according to the scheduled days of their housing unit, which the requested days are not guaranteed.

3. Due to the complexity of the issues, Petitioner being a Pro se litigant request additional time to sufficiently research and develope the issues to be presented to this Court,

4. This is Petitoners first request for an extension of time in this case .

5. Petitioner submitted that an extension of time to and including December 1, 2006 in which to file a reply is reasonable.

October 31, 2006

Rudolph V. Hardin
#1181 Paddock Road
Smyrna, DE. 19977

# Certificate of Service

I, __Rudolph V. Hardin__, hereby certify that I have served a true And correct cop(ies) of the attached: __Motion for Extension of Time__ upon the following parties/person (s):

TO: Judge Joseph J. Farnan Jr.
U.S. District Court
Lockbox 18
844 King St.
Wilmington De. 19801

TO: Carl C. Danberg
Attorney General's Office
Carvel State Office Building
820 N. French St.
Wilmington, De. 19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __31__ day of __October__, 200__6__

I/M Rodolph J Hardin
SBI# 180391  UNIT  E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
01 NOV 2006 PM 1 L

Judge Joseph J. Farnan Jr.
U.S. District Court
Lockbox 18
844 King St.
Wilmington, De. 19801