IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUDOLPH V. HARDIN, | : |
| Petitioner, | : |
| v. | : Civil Action No. 06-220-JJF |
| THOMAS CARROLL, Superintendent/Warden, and CARL C. DANBERG, Attorney General for the State of Delaware, | : |
| Respondents. | : |

**O R D E R**

At Wilmington this 9 day of November, 2006;

IT IS ORDERED that:

Petitioner Rudolph V. Hardin's Motion For Extension Of Time To Respond To Respondents' Answer is GRANTED. (D.I. 23.) Petitioner shall file his response by DECEMBER ___, 2006.

_____
UNITED STATES DISTRICT JUDGE