IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUDOLPH V. HARDIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-220-JJF |
| | ) | |
| THOMAS CARROLL, Warden and CARL C. DANBERG, Attorney General for the State of Delaware | ) ) ) ) | |
| Respondents. | ) | |

ORDER

This 27 day of November, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before December 22, 2006.

United States District Judge