IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RUDOLPH V. HARDIN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-220-JJF |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket ID#0209008562

b. Defense Motion to Suppress (December 13, 2002)

c. State's Response to Motion to Suppress (January 9, 2003)

d. Defense Motion *in Limine* (April 7, 2003)

e. Motion for Postconviction Relief (March 15, 2005

f. Memorandum in Support of Motion for Postconviction Relief (June 16, 2005)

g. Rule 61 Letter (July 26, 2005)

h. Opinion (September 12, 2005)

i. Appellant's Opening Grief and Appendix (419, 2003)

j. State's Answering Brief (419, 2003)

k. Appellant's Reply Brief (419, 2003)

l. Appellant's Opening Grief and Appendix (444, 2005)

m. State's Motion to Affirm (444, 2005)

n. March 8, 2006 Order (444, 2005)

<u>/s/ James T. Wakley</u>
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: December 18, 2006

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on December 18, 2006, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Rudolph V. Hardin
SBI No. 00180391
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: December 18, 2006