Rudolph V. Hardin
1181 Paddock Road
Delaware Correc. Center
Smtrna, DE 19977

TO: PETER T. DALLEO                April 19, 2007
LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801


RE: Request for Copy of Docket Sheet, 06-220 (JJF)


Dear Sir:

I would greatly appreciate if this correspondence sent to the Clerk's office from me be considered a formal request for a copy of an up-dated docket sheet from the above noted civil action.

                                    Thank you
                                        Sincerely,

                                    RUDOLPH V. HARDIN

                                    _Rudy V. Hardin_
                                        signature

[FILED APR 23 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

I/M Rudolph V. Hardin
SBI# 180391    UNIT D E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
20 APR 2007 PM I T

Peter T. Dalleo
U.S. Courthouse/Clerk
Lockbox 18
844 King St
Wilmington DE 19801