OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 24, 2007

TO:  Rudolph V. Hardin
     SBI# 180391
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**RE:  Request for Copywork
       Civ. No. 06-220 JJF**

Dear Mr. Hardin:

A letter has been received by the Clerk's office from you requesting a copy of the docket sheet.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork *is* fifty ($.50) cents per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                       Sincerely,

/rpg                                   PETER T. DALLEO
                                       CLERK

cc: the Honorable Joseph J. Farnan, Jr.
enc: docket sheet