IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RUDOLPH V. HARDIN, :
:
       Petitioner, :
:
v. : Civ. Act. No. 06-220-JJF
:
THOMAS CARROLL, Warden, and JOSEPH :
R. BIDEN, III, Attorney General :
of the State of Delaware, :
:
       Respondents. :

**O R D E R**

At Wilmington, this 23 day of July, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Rudolph V. Hardin's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                            _____
                                            UNITED STATES DISTRICT JUDGE