OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

U̲NITED S̲TATES C̲OURT OF A̲PPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

August 29, 2007

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:  Hardin v. Carroll, et al
      D. Del. No. 06-cv-220-JJF

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered July 23, 2007 which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was postmarked August 16, 2007 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By:  /s/ Bradford A. Baldus
      Bradford A. Baldus
      Senior Legal Advisor to the Clerk

Enclosure
cc:  Rudolph V. Hardin (w/out enclosure)

Rudolph V. Hardin SBI# 180391
Unit W
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

RECEIVED
AUG 17 2007
U.S. C.A. 3rd

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 06-220-JJF

Rudolph V. Hardin

v.

DISTRICT COURT
JUDGE:Joseph J. Farnan Jr.

Thomas Carroll, Warden

Notice is hereby given that Rudolph V. Hardin

Appeals to the United States Court of Appeals for the Third Circuit from ☐ Judgment ☒ Order,

☐ Other (specify)

Entered in this action on July 23, 2007

Dated: August 16, 2007

_Rudy V. Hardin_
(Counsel for Appellant-Signature)

Rudolph V. Hardin, Pro se
(Name of Counsel – Typed)

1181 Paddock Road
(Address)

Smyrna, Delaware -19977
(City, State Zip)

_____
(Telephone Number)

James Turner Wakley,  DAJ
Counsel for Appellee

844 King Street
(Address)

Wilmington, Delaware,19801
(City, State Zip

302-573-6170
Telephone Number

NOTED: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be
listed on the Notice of Appeal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RUDOLPH V. HARDIN,                         :
                                          :
                    Petitioner,            :
                                          :
      v.                                   :     Civ. Act. No. 06-220-JJF
                                          :
THOMAS CARROLL, Warden, and JOSEPH :
R. BIDEN, III, Attorney General            :
of the State of Delaware,                  :
                                          :
                    Respondents.           :

## O R D E R

At Wilmington, this $\underline{23}$ day of July, 2007, for the reasons
set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Rudolph V. Hardin's Application For A Writ Of
Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2) is **DISMISSED**,
and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of
appealability because Petitioner has failed to satisfy the
standards set forth in 28 U.S.C. § 2253(c)(2).

UNITED STATES DISTRICT JUDGE

## Certificate of Service

I,_____Rudolph V. Hardin_____,hereby certify that I have served a true

And correct cop(ies) of the attached:____Notice Of Appeal_____

_____ upon the following

parties/person (s):

TO: _James Turner Wakley_____        TO: _____

_Deputy  Attorney General_____

_844 King Street_____

_Wilmington, Delaware - 19801__

_____        _____


TO:_____        TO: _____

_____        _____

_____        _____

_____        _____

_____        _____


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.


On this____16_____day of ____August_____,200_7_

_Rudy V. Hardin_____



IM *Rudolph Hardie*

SBI# 180391 UNIT W

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

16 AUG 2007 PM 1 L



UNITED STATES COURTHOUSE

601 MRKX ST.

Philadelphia, Pa

19106

19104+1723