

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Rudolph V. Hardin

       v.

Thomas Carroll, Warden

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

DISTRICT COURT
DOCKET NUMBER: 06-220-JJF

DISTRICT COURT
JUDGE: Joseph J. Farnan Jr.

Notice is hereby given that Rudolph V. Hardin

Appeals to the United States Court of Appeals for the Third Circuit from ☐ Judgment ☒ Order,

☐ Other (specify)

Entered in this action on July 23, 2007

Dated: August 16, 2007

_Rudy V. Hardin_
(Counsel for Appellant-Signature)

Rudolph V. Hardin, Pro se
(Name of Counsel – Typed)

1181 Paddock Road
(Address)

Smyrna, Delaware -19977
(City, State Zip)

_____
(Telephone Number)

James Turner Wakley, DAJ
Counsel for Appellee

844 King Street
(Address)

Wilmington, Delaware, 19801
(City, State Zip)

302-573-6170
Telephone Number

NOTED: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUDOLPH V. HARDIN, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-220-JJF |
| THOMAS CARROLL, Warden, and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware, | : |
| Respondents. | : |

### O R D E R

At Wilmington, this 23 day of July, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Rudolph V. Hardin's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

/s/ Joseph J. Farnan<br>
UNITED STATES DISTRICT JUDGE

# Certificate of Service

I, __Rudolph V. Hardin__, hereby certify that I have served a true And correct cop(ies) of the attached: __Notice Of Appeal__ _____ upon the following parties/person (s):

TO: James Turner Wakley

Deputy Attorney General

844 King Street

Wilmington, Delaware - 19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this __16__ day of __August__, 200 __7__

_Rudy V. Hardin_ (signature)



IM Rudolph Hardin
SBI# 180391 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 AUG 2007 PM 1 L

UNITED STATES COURTHOUSE
601 Market St.
Philadelphia, Pa
19106