**\*Amended DLD-78**                                    **February 26, 2008**
                                                       **December 6, 2007**
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-3621**

RUDOLPH V. HARDIN

    VS.

THOMAS L. CARROLL; ATTORNEY GENERAL
OF THE STATE OF DELAWARE

    (D. DEL. CIV. NO. 06-CV-00220)

Present:       BARRY, CHAGARES AND NYGAARD, <u>CIRCUIT JUDGES</u>.

        Submitted are:

    (1)    Submitted is appellant's request for a certificate of appealability under
28 U.S.C. § 2253(c)(1); and

    **(2)**    **\*Appellant's Motion to Amend Certificate of Appealability in the
Interest of Justice**

        in the above-captioned case.

                Respectfully,

                Clerk

MMW/JS/zm/isc

_____ORDER_____

The foregoing request for a certificate of appealability is denied. Jurists of reason would not
debate whether the District Court correctly denied federal habeas relief. Accordingly,
Appellant has failed to make a substantial showing of the denial of a constitutional right, and
his request for a certificate of appealability is denied. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Miller-El
v. Cockrell</u>, 537 U.S. 322, 338 (2003). **Appellant's Motion to Amend his Request for a
Certificate of Appealability is granted.**

        By the Court,

        **/s/ Maryanne Trump Barry**
        Circuit Judge

Dated: March 13, 2008
ISC/cc: Rudolph V. Hardin
       Elizabeth R. McFarlan, Esq.

A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk